DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOP NOTCH MARINE INC., TOP NOTCH MARINE OF POMPANO, INC.,**
and **TOP NOTCH MARINE BREVARD, INC.,**
Appellants,

v.

**KEVIN BIRCH,**
Appellee.

No. 4D19-3676

[April 23, 2020]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE 19-000238.

Michelle Otero Valdes and Manooch Thomas Azizi of Chalos & Co., P.C., Coral Gables, for appellants.

John P. Seiler of Seiler, Sautter, Zaden, Rimes & Wahlbrink of Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***